```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

**PAM MCLAUGHLIN**                                                **PLAINTIFF**

          v.              Civil No. 06-4069

**CITY OF NASHVILLE, AR, ET AL**                                  **DEFENDANTS**


<u>ORDER</u>

NOW on this 9th day of April 2007, comes on for consideration the **Motion for Protective Order** (document #20) and the joint **Motion to Extend Discovery Cutoff and Time to File Dispositive Motions** (document #21), filed herein by defendants, Mike Reese ("Reese") and Johnny Bowman ("Bowman"), and from said motions, plaintiff's response thereto, and a review of the file, the Court finds and orders as follows:

1.  This civil rights case was filed on August 21, 2006. The Court's Scheduling Order of January 22, 2007 set a trial date of August 13, 2007; established May 11, 2007 as the deadline for completion of discovery; and set June 8, 2007 as the last day for the filing of dispositive motions.

2. Defendants' **Motion for Protective Order** (document #20) states that plaintiff, without conferring with them, set depositions for this week of April 9th, 2007.  They further say that, since their counsel has a conflict with the dates selected, the depositions should not be permitted to take place.  They seek a protective order from the Court canceling the current

arrangements for depositions in this case for the week of April 9th, 2007.

3. Following defendants' filing of the motion for protective order, the various defendants to this proceeding filed the said joint **Motion to Extend Discovery Cutoff and Time to File Dispositive Motions** (document #21). This motion seeks to extend the current discovery deadline to June 11, 2007, and the time to file dispositive motions to July 8, 2007.

In her **Response to Motion for Protective Order** (document #22), plaintiff states that she will reschedule the depositions at issue if the Court grants the parties' motion to extend the discovery deadline.

4. The Court appreciates plaintiff's offer, but observes that, based upon what has been presented, it would be disposed to grant the requested protective order even if discovery were not to be extended. No reason is suggested as to why depositions cannot be taken on dates and at times and places mutually agreed upon by the several parties. The Court strongly encourages that type of cooperation during the discovery process.

Accordingly, the Court will order that the said depositions <u>not</u> be taken during this week of April 9, 2007, but, rather, that they be rescheduled for a time mutually agreeable to all concerned.

5. The Court further finds that, under the circumstances, the motion to extend the discovery and dispositive motion deadlines should be granted and the deadlines set forth in the Court's

Scheduling Order of January 22, 2007 should be extended as set forth below.

**IT IS THEREFORE ORDERED** that defendants' **Motion for Protective Order** (document #20) is **granted** as stated.

**IT IS FURTHER ORDERED** that the deadline for completion of discovery is extended to June 11, 2007 and that the date for filing dispositive motions is extended to June 25, 2007.

**IT IS FURTHER ORDERED** that the depositions previously set by plaintiff for the week of April 9, 2007, shall not be taken but, rather, that they shall be re-scheduled to a later time by mutual agreement of the parties concerned.

**IT IS SO ORDERED.**

<u>                     /s/ Jimm Larry Hendren</u>
               **JIMM LARRY HENDREN**
               **UNITED STATES DISTRICT COURT**