```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    TEXARKANA DIVISION
```

PAM MCLAUGHLIN                                            PLAINTIFF


     v.             Civil No. 06-4069


CITY OF NASHVILLE, AR, ET AL                             DEFENDANTS

### ORDER

   NOW on this 9th day of May 2007, comes on for consideration plaintiff's **Verified Petition for Attorney Fees** (document #28), filed May 7, 2007. The Court, being well and sufficiently advised, finds and orders as follows:

   1. On May 2, 2007, the Court entered an Order granting plaintiff's motion to compel discovery (document #23) and requiring defendant, City of Nashville, to pay plaintiff's costs and attorney's fees associated with the filing of said motion. The Court further directed plaintiff to submit to the Court documentation for the costs and fees she claims in this regard. Subsequently, plaintiff submitted the verified petition for attorney fees that is now before the Court.

   2. According to plaintiff's petition, plaintiff has conferred with counsel for defendant, City of Nashville, and defendant agrees that the amount of reimbursement sought by plaintiff is acceptable. Moreover, the Court has reviewed the costs and fees submitted by plaintiff and finds that they are reasonable.

Accordingly, the Court finds that plaintiff's petition should be **granted** and defendant, City of Nashville, should be ordered to pay fees and costs to plaintiff in the total amount of $330.00.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**