```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

PAM MCLAUGHLIN                                              PLAINTIFF

       v.                Civil No. 06-4069

CITY OF NASHVILLE, AR, ET AL                               DEFENDANTS

### O R D E R

NOW on this 18th day of July 2007, comes on for consideration the **Joint Motion for Order of Protection** (document #40) filed by Plaintiff Pam McLaughlin and Defendant City of Nashville, and the Court, noting that the parties have resolved their dispute by entry of a Joint Stipulation, finds that the motion should be, and it hereby is, **DENIED** as moot.

    **IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren  
                                            **JIMM LARRY HENDREN**  
                                            **UNITED STATES DISTRICT JUDGE**