```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    TEXARKANA DIVISION
```

PAM MCLAUGHLIN                                                        PLAINTIFF

       v.              Civil No. 06-4069

CITY OF NASHVILLE, AR, ET AL                                         DEFENDANTS

## O R D E R

NOW on this 23d day of July 2007, comes on for consideration plaintiff's **Motion To Dismiss** (document #62), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and plaintiff's claims against separate defendants Mike Reese in his individual capacity, and Johnny Bowman in his individual capacity, are hereby **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                                  **/s/ Jimm Larry Hendren**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**